# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| UMG RECORDINGS, *et al.* | ) | **APPEARANCE** |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| | ) | |
| vs. | ) | CASE NUMBER |
| | ) | |
| | ) | |
| DOES 1 - 2, | ) | |
| | ) | |
| Defendant(s) | ) | |

To the Clerk of this Court and all parties of record:

Please enter the appearance of <u>Matthew J. Oppenheim</u> as counsel in this

case for: <u>UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and</u>

<u>WARNER BROS. RECORDS INC.</u>

October 18, 2007
*Date*

*Signature*

Matthew J. Oppenheim
*Printed Name*

443698   
BAR IDENTIFICATION

Oppenheim Group
7304 River Falls Drive
*Address*

Potomac, MD  20854
*City/State/Zip*

(301) 299-4986              (866) 766-1678
*Phone No.*                    *Fax No.*