UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMG Recordings, Inc.<br>2220 Colorado Avenue<br>Santa Monica, CA 90404;<br><br>SONY BMG MUSIC ENTERTAINMENT<br>550 Madison Avenue<br>New York, NY 10022-3211;<br><br>Warner Bros. Records Inc.<br>3300 Warner Blvd.<br>Burbank, CA 91505;<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>DOES 1 - 2,<br><br>　　　　　　　　　　　　Defendants. | Civil Action No.: 1:07-cv-01877-ESH |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs UMG RECORDINGS INC., *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Does 1-2, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:    December 21 , 2007 | **/s/**<br>Matthew J. Oppenheim (D.C. Bar No. 443698)<br>The Oppenheim Group<br>7304 River Falls Drive<br>Potomac, MD  20854<br>(301) 299-4986<br><br>Attorney for Plaintiffs |